## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| Mindy Jaye Zied-Campbell, | : | |
| Dennis John Campbell, | : | |
| Petitioners | : | |
| | : | |
| v. | : | No. 1537 C.D. 2017 |
| | : | |
| Department of Human Services, | : | |
| Respondent | : | |

## **O R D E R**

NOW, May 16, 2019, upon consideration of petitioners' application for reconsideration/reargument, and respondent's answer in response thereto, the application is denied.

<br>

MARY HANNAH LEAVITT,
President Judge